NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CIRBA INC.,**
*Appellant*

**v.**

**VMWARE, INC.,**
*Appellee*

---

2023-1478

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. PGR2021-00098.

---

## O R D E R

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2                                    CIRBA INC. v. VMWARE, INC.

(2)  Each side shall bear their own costs.


FOR THE COURT


July 15, 2024                                Jarrett B. Perlow
Date                                          Clerk of Court


**ISSUED AS A MANDATE:** July 15, 2024